# EXHIBIT A

Filed: 10/15/2026 11:00 PM
Michael Gould
District Clerk
Collin County, Texas
By Vannamalar Karman Deputy
Envelope ID: 121262386

## CAUSE NO. 494-08253-2026

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| Plaintiff, | § | |
| **VS.** | § | **COLLIN COUNTY, TEXAS** |
| | § | |
| **GERBER PRODUCTS COMPANY** | § | |
| Defendant. | § | **494TH JUDICIAL DISTRICT** |

## AFFIDAVIT OF SERVICE

On this day personally appeared **Mauricio Segovia** who, being by me duly sworn, deposed and said:

"The following came to hand on **Oct 14, 2026, 5:29 pm**,

**CITATION, TEXAS'S VERIFIED ORIGINAL PETITION AND REQUEST FOR INJUNCTIVE RELIEF,**

and was executed at **1999 BRYAN STREET SUITE 900, DALLAS, TX 75201** within the county of **DALLAS** at **12:43 PM** on **Thu, Oct 15 2026**, by delivering a true copy to the within named

**GERBER PRODUCTS COMPANY REGISTERED AGENT CT CORPORATION SYSTEM**
accepted by Intake Specialist: Abigail Flores

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

Mauricio Segovia
**Certification Number: 1689**
**Certification Expiration: 08/31/2028**

**BEFORE ME,** a Notary Public, on this day personally appeared **Mauricio Segovia**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON 10/15/2026

MARIA M SEGOVIA
My Notary ID # 129480220
Expires July 5, 2029

Notary Public, State of Texas